No. 73–687. TELEPHONE USERS ASSN., INC. *v.* PUBLIC SERVICE COMMISSION OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied. MR. JUSTICE BLACKMUN and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–778. SWOAP, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE *v.* HYPOLITE ET AL. Ct. App. Cal., 1st App. Dist. Motion of respondent Hypolite for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–835. WHITE, SECRETARY OF STATE OF TEXAS *v.* WHATLEY ET AL. C. A. 5th Cir. Motion of LeRoy E. Symm, Voter Registrar of Waller County, Texas, for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 73–879. CALIFORNIA INDEPENDENT TELEPHONE ASSN. ET AL. *v.* PUBLIC UTILITIES COMMISSION ET AL. Sup. Ct. Cal. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 73–906. PATTERSON ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (VUN CANNON, REAL PARTY IN INTEREST). C. A. 9th Cir. Motion of respondent Vun Cannon for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–928. ROEDER ET UX. *v.* GENERAL MOTORS CORP. C. A. 3d Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 73–1017. UNITED STATES *v.* WALT DISNEY PRODUCTIONS. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.